# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TYLER BENDIS, JULIA BENDIS, NICHOLAS JAMES JOHNSON, and JAMES JOHNSON,<br><br>     Plaintiffs,<br><br>v.<br><br>WILLIAM "RICK" SINGER, et al.,<br><br>     Defendants. | CASE NO. 5:19-cv-01405-EJD<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT** |

**[~~PROPOSED~~ ORDER]**

Having considered the Joint Stipulated Request to Extend the Time to Respond to the Amended Complaint and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT is GRANTED in its entirety. The Court orders as follows:

1. The deadline for Defendant The University of Texas at Austin to move, plead, or otherwise respond to the Amended Complaint, shall be extended to August 9, 2019.

2. Plaintiffs and Defendant The University of Texas at Austin reserve all other rights.

**IT IS SO ORDERED.**

Dated: _____July 2, 2019_____                    _____[signature]_____

                                                                          Hon. Edward J. Davila
                                                                          United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO RESPOND TO THE AMENDED COMPLAINT
CASE NO. 5:19-cv-01405-EJD