**John F. Medler, Jr**. (SBN 266474)
THE MEDLER LAW FIRM, APC
john@medlerlawfirm.com
2030 Main Street Suite 1300
Irvine, CA 92614
Telephone: (949)-260-4940
Facsimile: (949)-260-4944

**Caleb Marker** (SBN 269721)
ZIMMERMAN REED LLP
caleb.marker@zimmreed.com
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone: (877) 500-8780
Facsimile: (877) 500-8781

*Attorneys for Plaintiffs and the Proposed Class*
*Additional counsel on signature page*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER BENDIS, JULIA BENDIS, NICHOLAS JAMES JOHNSON, and JAMES JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM "RICK" SINGER, THE KEY WORLDWIDE FOUNDATION, THE EDGE COLLEGE & CAREER NETWORK, LLC, d/b/a "THE KEY," THE UNIVERSITY OF SOUTHERN CALIFORNIA, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, STANFORD, THE UNIVERSITY OF SAN DIEGO, THE UNIVERSITY OF TEXAS AT AUSTIN, WAKE FOREST UNIVERSITY, YALE UNIVERSITY, and GEORGETOWN UNIVERSITY,<br><br>Defendants. | Case No.5:19-cv-01405<br><br>PLAINTIFFS' VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A) OF DEFENDANTS THE UNIVERSITY OF SOUTHERN CALIFORNIA, GEORGETOWN UNIVERSITY AND WAKE FOREST UNIVERSITY |

COMES NOW Plaintiffs and, pursuant to *Fed. R. Civ. P. 41(a)(1)(A),* voluntarily dismisses its claims against Defendants The University of Southern California, Wake Forest University, and Georgetown University.  These Defendants have agreed to waive costs under *Rule 41(d),* and each party shall be responsible for their own costs.  None of these Defendants have yet filed an Answer or responsive pleading.  Very similar claims against these universities are being pursued in the Class Action case, *Tamboura et al. v. Singer et al.,* 5:19-cv-03411-EJD, currently pending with this Court.  This dismissal has no effect on that case.

Respectfully Submitted,

THE MEDLER LAW FIRM, APC

**/s/ John F. Medler, Jr., Esq**. SBN: 266474
2030 Main Street Suite 1300
Irvine, CA 92614
Tel: (949)-260-4940
Fax: (949)-260-4944
john@medlerlawfirm.com


ZIMMERMAN REED LLP
**/s/ Caleb Marker**
Caleb Marker (SBN 269721)
caleb.marker@zimmreed.com
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone: (877) 500-8780
Facsimile: (877) 500-8781

ZIMMERMAN REED LLP

**David M. Cialkowski**\*
david.cialkowski@zimmreed.com`
**Brian C. Gudmundson**\*
brian.gudmundson@zimmreed.com
**Alia M. Abdi\***
alia.abdi@zimmreed.com
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

*Attorneys for Plaintiffs and the Class*