UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALYSSA TAMBOURA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLIAM RICK SINGER, et al.,<br><br>        Defendants. | Case No. 5:19-cv-03411-EJD<br><br>Re: Dkt. Nos. 69 |
| TYLER BENDIS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WILLIAM RICK SINGER, et al.,<br><br>        Defendants. | Case No. 5:19-cv-01405-EJD<br><br>Re: Dkt. Nos. 34<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

Defendants in the above-captioned cases have filed motions to dismiss Plaintiffs' amended complaints. The Court requests that Defendants **collectively** file, on or before February 25, 2020, no more than **15 pages** of supplemental briefing regarding standing. The briefing should focus on whether or not Plaintiffs' amended complaints adequately plead Article III standing. Plaintiffs may file a **15-page** maximum response **15 days** after Defendants file their briefing. The hearing set for February 13, 2020 is CONTINUED to March 26, 2020.

**IT IS SO ORDERED.**

Dated: February 11, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:19-cv-03411-EJD
ORDER RE SUPPLEMENTAL BRIEFING

1