COVINGTON & BURLING LLP
WILLIAM L. STERN (Bar No. 96105)
JEFFREY M. DAVIDSON (Bar No. 248620)
HAKEEM S. RIZK (Bar No. 326438)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: wstern@cov.com; jdavidson@cov.com; hrizk@cov.com

*Attorneys for Defendant*
*THE REGENTS OF THE*
*UNIVERSITY OF CALIFORNIA*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TYLER BENDIS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM "RICK" SINGER, et al.,<br><br>　　　　Defendants. | Civil Case No.: 5:19-cv-01405-EJD<br><br>**UNIVERSITY DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Hearing Date: March 26, 2020<br>Time:　　　　9:00 a.m.<br>Courtroom:　　4<br>Before the Hon. Edward J. Davila |

On February 11, 2020, the Court ordered Defendants in this action (The Board of Trustees of the Leland Stanford Junior University ("Stanford"), The Regents of the University of California ("The Regents"), and Yale University (collectively, "University Defendants")) and defendants in a related action, *Tamboura, et. al. v. Singer, et al.*, No. 5:19-cv-03411-EJD, to jointly file a supplemental brief addressing whether Plaintiffs' amended complaints in both actions adequately plead Article III standing. *See Tamboura*, Dkt. 146.  For the purpose of ensuring that the record in this action is complete and aligns with the record in *Tamboura*, and to avoid duplicate filings, the University Defendants hereby incorporate by this reference the supplemental brief seeking dismissal of Plaintiffs' amended complaint for failure to adequately plead Article III standing being filed concurrently in *Tamboura*.  *See Tamboura*, Dkt. No. 151.

Dated:  February 25, 2020

COVINGTON & BURLING LLP

By:     */s/ William L. Stern*

William L. Stern (Bar No. 96105)
Salesforce Tower
415 Mission St., 54th Floor
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  wstern@cov.com

Attorney for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA


 */s/ Jacob R. Sorensen*

SARAH G. FLANAGAN (SBN 70845)
sarah.flanagan@pillsburylaw.com
JOHN M. GRENFELL (SBN 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (SBN 209134)
jake.sorensen@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 983-1000

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

      /s/ Michael J. Shepard
MICHAEL J. SHEPARD (State Bar No. 91281)
mshepard@kslaw.com
KING & SPALDING LLP
101 Second Street Ste. 2300
San Francisco, CA 94105
Telephone:     +1 415 318 1200
Facsimile:      +1 415 318 1300

MEGHAN MAGRUDER (admitted *pro hac vice*)
mmagruder@kslaw.com
STEPHEN B. DEVEREAUX (admitted *pro hac vice*)
sdevereaux@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309
Telephone:     +1 404 572 4600
Facsimile:      +1 404 572 5100

Attorneys for Defendant
YALE UNIVERSITY